**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Farbod Hadizadeh Moghadam and Nigel Lucombe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARBOD HADIZADEH MOGHADAM and NIGEL LUCOMBE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEVIATE TAX LLC.,<br><br>Defendant. | Case No.: 8:24-cv-01810-MWC-DFM<br><br>**PLAINTIFF NIGEL LUCOMBE'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT ALLEVIATE TAX LLC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that pursuant to Rule 41(a)(1)(A)(i) Plaintiff Nigel Lucombe ("Plaintiff"), and only Plaintiff Lucombe, hereby voluntarily dismisses his claims against the Defendant *without prejudice*. Plaintiff Farbod Hadizadeh Moghadam, however, does not dismiss any of his claims against the Defendant herein.

Dated: February 7, 2025                                  Respectfully submitted,

                                              **KAZEROUNI LAW GROUP, APC**

                                         By:   /s/ *David J. McGlothlin*
                                                  David J. McGlothlin, Esq.
                                                  *Attorneys for Plaintiff*