TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
troutman@troutmanamin.com
Puja Amin (State Bar # 299547)
amin@troutmanamin.com
Brittany A. Andres (State Bar # 340856)
brittany@troutmanamin.com
Maxwell Levins (State Bar # 357137)
maxwell@troutmanamin.com
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Attorneys for Defendant
ALLEVIATE TAX, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARBOD HADIZADEH MOGHADAM, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>ALLEVIATE TAX, LLC<br><br>Defendant. | Case No. 8:24-cv-01810-MWC-DFMx<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Farbod Hadizadeh Moghadam and Defendant Alleviate Tax, LLC [collectively, the "Parties"] have reached a settlement in the above-captioned matter. The Parties are engaging in good faith discussions to finalize the terms of the written settlement agreement. Accordingly, the Parties respectfully request that this Court vacate all upcoming deadlines and hearing dates and allow the Parties forty-five (45) days to file a stipulation of

dismissal.

Dated: December 26, 2025

TROUTMAN AMIN, LLP

By: */s/Maxwell Levins*
Eric J. Troutman
Puja J. Amin
Brittany A. Andres
Maxwell Levins

*Attorneys for Defendant Alleviate Tax, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2025, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Maxwell Levins*
Maxwell Levins

2