**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Ross H. Schmierer, Esq.
(Admitted Pro Hac Vice)
ross@kazlg.com
Ryan L. McBride
ryan@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARBOD HADIZADEH MOGHADAM, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEVIATE TAX, LLC,<br><br>Defendant. | Case No.: 8:24-cv-01810-MWC-DFM<br><br>**STIPULATION TO DISMISS ACTION PRUSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

Pursuant to Rule 41(a)(1)(A)(ii). Plaintiff FARBOD HADIZADEH MOGHADAM ("Plaintiff") and Defendant ALLEVIATE TAX, LLC ("Defendant") (together the "Parties"), through their counsel of record, stipulate to dismiss Plaintiff's individual claims *with prejudice* and the putative class claims *without prejudice*. Each party agrees to bear its own attorney's fees and costs.

//
//

1 | Therefore, it is requested that the Court may proceed to dismiss Plaintiff's
2 | individual claims *with prejudice* and the putative class claims *without prejudice*.

4 | Dated: February 4, 2026          Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s *Ryan L. McBride*
RYAN L. MCBRIDE, ESQ.
*Attorney for Plaintiff*

12 | Dated: February 4, 2026          Respectfully submitted,

By: /s/*Brittany Andres*
BRITTANY ANDRES, ESQ.
*Attorney for Defendant*

# SIGNATURE CERTIFICATE

I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have their authorization to affix their electronic signature to this document.

By: */s/ Ryan L. McBride, Esq.*
Ryan L. McBride, Esq.
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 2221 Camino del Rio S, Suite 101 San Diego, California 92108. On 02/04/2026, I served the within document(s):

**STIPULATION TO DISMISS ACTION PRUSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on 02/04/2026 at San Diego, California.

*/s/ Ryan L. McBride*
RYAN L. MCBRIDE, ESQ.