# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARBOD HADIZADEH MOGHADAM, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEVIATE TAX, LLC,<br><br>Defendant. | Case No.: 8:24-cv-01810-MWC-DFM<br><br>**ORDER DISMISSING CASE (DKT. 100)**<br><br>**JS-6** |

Pursuant to Plaintiff FARBOD HADIZADEH MOGHADAM ("Plaintiff") and Defendant ALLEVIATE TAX, LLC's ("Defendant") stipulation, the Court dismisses Plaintiff's claims with prejudice and the putative class's claims without prejudice. Each Party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: February 5, 2026

_____
HON. MICHELLE WILLIAM COURT
UNITED STATES DISTRICT JUDGE